AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

DISTRICT OF Maine

FILED
U.S. DISTRICT COURT
2008 FEB 15 P 12: 37
DISTRICT OF UTAH
DEPUTY CLERK

Venture Partners LLC

V.

River Rim LLC, James T. Bramlette, Ralph D. Brinton, Aaron Wernli and Rob McFadden

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number: 07-cv-213-P-H

I, Linda L. Jacobson, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on February 7, 2008, as it appears in the records of this court, and that

an Order granting the Motion to Permit Early Foreign Registration was entered by District Judge D. Brock Hornby on February 14, 2008.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

2/14/2008
Date

Linda L. Jacobson
Clerk

(By) Deputy Clerk

2:08cv124
2/15/2008
Venture Partners v. River Rim et al

---

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

FILED
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE 08 FEB 15 P 12: 37

| | | |
|---|---|---|
| **VENTURE PARTNERS LLC,** | ) | Civil No. 2:07-cv-213 UTAH |
| Plaintiff | ) | BY: _____ DEPUTY CLERK |
| v. | ) | |
| **RIVER RIM, LLC,** | ) | 2:08cv124 |
| | ) | 2/15/2008 |
| and | ) | Venture Partners v. River Rim et al |
| **JAMES T. BRAMLETTE,** | ) | |
| and | ) | |
| **RALPH D. BRINTON,** | ) | ATTESTED COPY |
| and | ) | I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Maine |
| **AARON WERNLI,** | ) | Dated this 2/7/2008 |
| and | ) | LINDA L. JACOBSON, CLERK |
| **ROB MCFADDEN,** | ) | Dated 2/14/2008 |
| Defendants | ) | |

## ORDER AND JUDGMENT FOR DEFAULT

Upon Plaintiff's Request for Default Judgment, this Court makes the following findings:

1. On December 7, 2007, Plaintiff filed its Complaint against Defendants. Docket Item No. 1.

2. Defendants', through their attorney Christopher Von Maack, accepted service on December 10, 2007.

1

3. On December 18, 2007, Plaintiff filed all Defendants' Acknowledgements of Service, all executed by Defendants on December 10, 2007. Docket Item No. 6.

4. Defendants' Answers were due on December 31, 2007. Docket Item No. 7.

5. On January 4, 2008, Plaintiff moved for Entry of Default and Default Judgment, against all Defendants, for failure to answer or file a responsive pleading of any kind. Docket Item Nos. 8 and 9.

6. Pursuant to Federal Rule of Civil Procedure 55(a), the Clerk of this Court entered default against all of the above-captioned Defendants for failure to plead or otherwise defend on January 7, 2008. Docket Item No. 10.

7. The Court finds that (1) each of the above-mentioned Defendants has failed to plead or otherwise defend this action as required; (2) the Plaintiff's claim is for a sum certain or a sum which can be made certain by computation; (3) and none of the Defendants is a minor or incompetent person.

8. The Court finds that Plaintiff's claim is computed as follows:

| | |
|---|---:|
| Principal Value of Note | $500,000.00 |
| Interest for 91 days @ $2,833.33 through 1/18/08 (calculated based on interest on $500,000 @ 17% per 30-day period | 257,833.03 |
| Attorneys Fees and Costs Due Under the Note | 8,250.00 |
| 5% Late Charge Due Under Note (5% of payment due on November 19, 2007, $585,000) | 29,250.00 |
| Subtotal | 795,333.03 |
| Interest for 20 days (1/19/08 through 2/7/08) on $795,333.03 @ 2.23% per annum | 971.83 |
| | |
| TOTAL DUE | $796,304.86 |

Accordingly, judgment is hereby entered for the Plaintiff Venture Partners LLC against Defendants River Rim, LLC, James T. Bramlette, Ralph D. Brinton, Aaron Wernli, and Rob McFadden in the amount of $796,304.86.

**SO ORDERED.**

Dated at Portland, this 7th day of February, 2008.

/s/ D. Brock Hornby
D. Brock Hornby
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **VENTURE PARTNERS LLC,** | ) | Civil No. 2:07-cv-213 |
| Plaintiff | ) | |
| v. | ) | 2:08cv124 |
| **RIVER RIM, LLC,** | ) | 2/15/2008 |
| and | ) | Venture Partners v. River Rim et al |
| **JAMES T. BRAMLETTE,** | ) | |
| and | ) | |
| **RALPH D. BRINTON,** | ) | |
| and | ) | |
| **AARON WERNLI,** | ) | |
| and | ) | |
| **ROB MCFADDEN,** | ) | |
| Defendants | ) | |

FILED
U.S. DISTRICT COURT
2008 FEB 15  P 12: 37
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

ATTESTED COPY
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Maine.
Date filed: 2/13/2008
LINDA L. JACOBSON, CLERK
by: [signature]
Dated: 2/14/2008

**PLAINTIFF'S MOTION
TO PERMIT EARLY FOREIGN REGISTRATION
WITH INCORPORATED MEMORANDUM OF LAW**

NOW COMES Plaintiff, Venture Partners LLC, by and through its attorney, and pursuant to the provisions of 28 U. S. Code § 1963 seeks entry of an order, for good cause shown, that the Order and Judgment of Default entered February 7, 2008 may be registered in foreign jurisdictions prior to expiration of the appeal period.

Title 28 of the United States Code, § 1963 provides that "A judgment in an action for the recovery of money or property entered in any . . . district court . . . may be registered by filing a certified copy of the judgment in any other district . . . when the judgment has become final by appeal or expiration of the time for appeal or *when ordered by the court that entered the judgment for good cause shown* (emphasis added)." In the instant action,

1

Venture Partners LLC wishes to register the default judgment in the States of Utah and Idaho, where Defendants are believed to own real and personal property. Brack Aff., Document 5, Exhibit C. Plaintiff is unaware of any assets of Defendants that are located within the State of Maine. Id.

Plaintiff's counsel agreed at the January 28, 2008 hearing on Plaintiff's Motion for Entry of Default and Default Judgment to waive action on Plaintiff's earlier Motion for Attachment in light of the imminent entry of a Judgment. Out of concern that Defendants might sell assets to third-parties who are without knowledge of the recent Judgment and deprive Plaintiff of the proceeds of such sales, Plaintiff wishes to register the Judgment to provide notice to third parties. Requiring the appeal period to run will delay such registration by more than 3 weeks.

Defendants have failed to appear or file pleadings of any kind whatsoever in this matter, despite acceptance of service of the summons and complaint on December 10, 2007. The Court has determined that Plaintiff gave appropriate notice to the Defendants' lawyer that Plaintiff had made a request for Default Judgment and was meeting with the Court to discuss that request. Given (1) the Defendants' lack of any effort to defend this case after appropriate notice and (2) the Plaintiff's concern that until it can register the Judgment in Utah and Idaho, Defendant may attempt to liquidate assets to bonafide purchasers, Plaintiff asks the Court to enter an order permitting Plaintiff to register his Judgment immediately.

## PRAYER

Plaintiff respectfully requests that this Court grant his Motion to Permit Early Foreign Registration pursuant to 18 U.S.C. § 1963. Plaintiff also requests any other or further relief that the Court deems appropriate.

DATED:   February 13, 2007                    /s/ Jonathan L. Goldberg
                                              Attorney for Plaintiff
                                              Jonathan L. Goldberg, Esq.
                                              Bar No. 8503
                                              MittelAsen, LLC
                                              P.O. Box 427
                                              Portland, Maine 04112-0427

```
MIME-Version:1.0
From:cmecf@med.uscourts.gov
To:cmecfnef@med.uscourts.gov
Bcc:cmecfnef@med.uscourts.gov, greg@med.uscourts.gov, jgoldberg@mittelasen.com
Message-Id:<481164@med.uscourts.gov>
Subject:Activity in Case 2:07-cv-00213-DBH VENTURE PARTNERS LLC v. RIVER RIM LLC et al Order on Motion for Miscellaneous Relief 1
Content-Type: text/html
```

FILED
U.S. DISTRICT COURT
2008 FEB 15 P 12: 37
DISTRICT OF UTAH
BY:
DEPUTY CLERK

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**District of Maine**

2:08cv124
2/15/2008
Venture Partners v. River Rim et al

### Notice of Electronic Filing

The following transaction was entered on 2/14/2008 at 10:08 AM EST and filed on 2/14/2008
**Case Name:**   VENTURE PARTNERS LLC v. RIVER RIM LLC et al
**Case Number:**   2:07-cv-213
**Filer:**
**WARNING: CASE CLOSED on 02/07/2008**
**Document Number:** 20(No document attached)

**Docket Text:**
**ORDER granting [19] Motion to permit early foreign regiatration By JUDGE D. BROCK HORNBY. (HORNBY, D.)**

**2:07-cv-213 Notice has been electronically mailed to:**

JONATHAN L. GOLDBERG     jgoldberg@mittelasen.com

**2:07-cv-213 Notice has been delivered by other means to:**

ATTESTED COPY
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Maine
Dated filed: 2/14/2008
LINDA L. JACOBSON, CLERK
by: [signature]
Dated: 2/14/2008